# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Bramley, Artie Frank | Docket No. | 2:17CR00065-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Artie Frank Bramley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 5th day of October 2017, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state, or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within 1 day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Additional Condition #17:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Artie Frank Bramley is alleged to have been cited for operating a motor vehicle without insurance, no driver's license on person, third degree driving while license suspended, and reckless driving on July 30, 2018.

On October 5, 2017, the conditions of pretrial release supervision were reviewed with Mr. Bramley. He acknowledged an understanding of his conditions, which included condition number 1.

The following information was gathered from Chewelah Police Department report number H1801486 and local court records.

On July 30, 2018, at approximately 4:47 p.m., an officer with the Chewelah (Washington) Police Department responded to a traffic collision in Chewelah, Washington. Upon arrival at the scene, a female passenger was trapped in the vehicle and Mr. Bramley, later identified as the driver of this vehicle, was standing near the car.

Witnesses advised the vehicle allegedly operated by Mr. Bramley was traveling southbound and crossed the center line of the roadway into the northbound lane, striking a semi-truck traveling in the northbound lane.

The officer contacted Mr. Bramley, at which time he reportedly had no form of identification. Mr. Bramley allegedly explained that his wallet had been stolen. He also reported to the officer that his driver's license was suspended. Subsequently, the officer confirmed Mr. Bramley's driver's license was suspended in the third degree.

Mr. Bramley allegedly told the officer that he had stopped for some food and his fiancé was sleeping in the vehicle so he placed the food underneath the driver seat. A dog in his vehicle allegedly kept trying to jump on to the floor board to get the food from underneath the seat causing him to take his eyes off the road when he struck the semi-truck. After striking the semi-truck, Mr. Bramley's vehicle came to a stop and nearly struck a bystander.

Mr. Bramley's fiancé was transported by ambulance from the scene. His daughter, who was also in the vehicle, was medically cleared at the scene.

Mr. Bramley was cited for operating a motor vehicle without insurance, no driver's license on person, third degree driving while license suspended, and reckless driving.

According to available court records, Mr. Bramley was formally cited for operating a motor vehicle without insurance and no driver's license on person on July 31, 2018, in Stevens County District Court case number 8Z0452742. No other information is available at this time.

In addition, Mr. Bramley was formally charged in Stevens County District Court case number 8Z0452741 with third degree driving while license suspended and reckless driving. On August 20, 2018, Mr. Bramley appeared on a summons in Stevens County District Court. His next scheduled court appearance in this matter is on September 5, 2018.

**Violation #2:** Artie Frank Bramley failed to report law enforcement contact reported in violation number1 until August 9, 2018.

On October 5, 2017, the conditions of pretrial release supervision were reviewed with Mr. Bramley. He acknowledged an understanding of his conditions, which included condition number 1.

As noted in violation number 1, Mr. Bramley was cited for operating motor vehicle without insurance, no driver's license on person, third degree driving while license suspended, and reckless driving on July 30, 2018, by the Chewelah Police Department. Mr. Bramley failed to report the aforementioned law enforcement contact until August 9, 2018.

**Violation #3:** Artie Frank Bramley allegedly failed to report for random drug testing on July 16, 23, and 26, 2018.

On October 5, 2017, the conditions of pretrial release supervision were reviewed with Mr. Bramley. He acknowledged an understanding of his conditions, which included condition number 17. On that same date, Mr. Bramley was referred to the phase urinalysis testing program, in which he was instructed to call Pioneer Human Services daily to determine if he was required to submit to random drug testing.

Available records indicate, Mr. Bramley failed to report for random drug testing at Pioneer Human Services on July 16, 23, and 26, 2018.

The undersigned officer confronted Mr. Bramley about his failure to appear for random drug testing. Mr. Bramley reportedly was told he was going to be successfully discharged from outpatient substance abuse treatment. Due to this discharge, he believed he was no longer required to submit to random drug testing. The undersigned officer instructed Mr. Bramley to continue to submit to random drug testing at Pioneer Human Services until further notice.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: August 27, 2018 |
| by | s/Erik Carlson |
|  | Erik Carlson
U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

8/27/2018

Date