UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Bramley, Artie Frank | Docket No. | 2:17CR00065-RMP-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Artie Frank Bramley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 5th day of October 2017, under the following conditions:

**Standard Condition #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and such manner as they direct.

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licenced medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #17:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Artie Frank Bramley is alleged to have failed to report to the U.S. Probation Office as directed on two occasions.

On October 5, 2017, the conditions of pretrial release supervision were reviewed with Mr. Bramley. He acknowledged an understanding of his conditions, which included, standard condition number 6.

On September 12, 2018, the undersigned officer contacted Mr. Bramley at his residence for the purposes of an unannounced home contact. During that meeting, the undersigned officer verbally instructed Mr. Bramley to report to the U.S. Probation Office and provide medical documentation for a reported medication, on September 13, 2018, at 1 p.m.

On September 13, 2018, Mr. Bramley failed to report to the U.S. Probation Office as instructed.

On September 17, 2018, Mr. Bramley reported to the U.S. Probation Office for an appointment with the undersigned officer. During that meeting, an appointment was scheduled for Mr. Bramley to report again to the U.S. Probation Office on September 24, 2018, at 1 p.m. The undersigned officer provided Mr. Bramley with a business card containing the appointment information.

On September 24, 2018, Mr. Bramley failed to report to the U.S. Probation Office as instructed.

**Violation #2:** Artie Frank Bramley is alleged to have tested positive for the presence of morphine and codeine on August 27, 2018.

On October 5, 2017, the conditions of pretrial release supervision were reviewed with Mr. Bramley. He acknowledged an understanding of his conditions, which included standard condition number 9.

On August 27, 2018, Mr. Bramley reported to Pioneer Human Services and provided a urine sample that tested presumptively positive for the presence morphine. Mr. Bramley claimed the presumptive positive test was due to prescribed medication. The urine sample was sent to Alere Toxicology (Alere) for further analysis.

On August 31, 2018, Alere confirmed the urine sample tested positive for the presence of codeine and morphine. Based on the undersigned officer's training and experience, a positive test for codeine and morphine is consistent with the use of heroin.

On September 17, 2018, Mr. Bramley admitted to the undersigned officer that he used heroin from August 30, through September 12, 2018.

On October 4, 2018, the undersigned officer confronted Mr. Bramley again about his use of heroin as his previous statement regarding the dates he used heroin were inconsistent with the above-noted test results. Mr. Bramley advised he had his dates mixed up and started using heroin around August 27, 2018.

**Violation #3:** Artie Frank Bramley is alleged to have tested positive for the presence of morphine and codeine on September 11, 2018.

On October 5, 2017, the conditions of pretrial release supervision were reviewed with Mr. Bramley. He acknowledged an understanding of his conditions, which included standard condition number 9.

On September 11, 2018, Mr. Bramley reported to Pioneer Human Services and provided a urine sample that tested presumptively positive for the presence of morphine. Mr. Bramley claimed the presumptive positive test was due to prescribed medication. The urine sample was sent to Alere Toxicology (Alere) for further analysis.

On September 16, 2018, Alere confirmed the urine sample tested positive for the presence of codeine and morphine. Based on the undersigned officer's training and experience, a positive test for codeine and morphine is consistent with the use of heroin.

**Violation #3:** Artie Frank Bramley is alleged to have admitted he used heroin on a regular basis between August 27, and September 12, 2018.

On October 5, 2017, the conditions of pretrial release supervision were reviewed with Mr. Bramley. He acknowledged an understanding of his conditions, which included, condition number 9.

On September 17, 2018, Mr. Bramley reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Mr. Bramley admitted he used heroin from approximately August 30, to September 12, 2018. Subsequently, Mr. Bramley signed a substance abuse admission form acknowledging his use of heroin on the aforementioned dates.

On October 4, 2018, the undersigned officer confronted Mr. Bramley about his use of heroin as he tested positive for the presence of morphine and codeine on August 27, 2018, as reported in violation number 2. Mr. Bramley advised he had his dates mixed up and estimated he started using heroin again on or about August 27, 2018.

Re: Bramley, Artie Frank
October 10, 2018
Page 3

**Violation #4:** Artie Frank Bramley is alleged to have failed to report for random drug testing on August 31, 2018.

On October 5, 2017, the conditions of pretrial release supervision were reviewed with Mr. Bramley. He acknowledged an understanding of his conditions, which included condition number 9. On that same date, Mr. Bramley was referred to the phase urinalysis testing program at Pioneer Human Services, in which he was required to contact that agency on a daily basis to determine if he needed to submit to random drug testing.

Mr. Bramley failed to report for random drug testing on August 31, 2018.

PRAYING THAT THE COURT WILL ORDER A SUMMONS.

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: October 10, 2018 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

10/10/2018
Date