PROB 12C
(6/16)

Report Date:  June 7, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Artie Frank Bramley          Case Number: 0980 2:17CR00065-RMP-1

Address of Offender:                          Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 12, 2018

Original Offense:     Possession with Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine, 21
                      U.S.C. § 841(a)(1)

Original Sentence:    Prison - 195 days          Type of Supervision: Supervised Release
                      TSR - 96 months

Asst. U.S. Attorney:  Caitlin A. Baunsgard       Date Supervision Commenced: December 17, 2018

Defense Attorney:     John Barto McEntire, IV     Date Supervision Expires: December 16, 2026

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/04/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Artie Bramley violated the terms of his supervised release by failing to appear for urinalysis test at the U.S. Probation Office on or about June 5, 2019.

On December 17, 2018, supervision commenced in this matter.  On December 20, 2018, the undersigned officer met with Mr. Bramley at Sun Ray Court treatment facility to complete a supervision intake.  The conditions were read to Mr. Bramley and he signed a copy of his judgment indicating acknowledgment and understanding of the conditions imposed by the Court, to include special condition number 4, noted above.

On June 4, 2019, during a telephone conversation, Mr. Bramley was directed to report to the U.S. Probation Office by 10 a.m. the following day (June 5, 2019). He was to submit to urinalysis testing due to his recent failures to appear for random testing at Riverside

Prob12C
**Re: Bramley, Artie Frank**
**June 7, 2019**
**Page 2**

Recovery. Mr. Bramley was further advised that the undersigned officer would not be available on June 5, 2019, yet he was to report and submit to urinalysis testing on June 5, 2019, and report again on June 6, 2019, to meet with the undersigned officer.

On June 5, 2019, Mr. Bramley failed to report for urinalysis testing. On June 6, 2019, Mr. Bramley reported and indicated he must have misunderstood the undersigned officer's directive.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 7, 2019
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

6/10/2019
_____
Date