PROB 12C
(6/16)

Report Date: July 16, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 16, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Artie Frank Bramley    Case Number: 0980 2:17CR00065-RMP-1

Address of Offender: Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: December 12, 2018

Original Offense: Possession with Intent to Distribute 50 Grams of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 195 days
TSR - 96 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Caitlin A. Baunsgard    Date Supervision Commenced: December 17, 2018

Defense Attorney: John Barto McEntire, IV    Date Supervision Expires: December 16, 2026

---

**PETITIONING THE COURT**

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/04/2019, 06/07/2019 and 06/24/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Artie Bramley violated the terms of his supervised release by failing to appear for a urinalysis test at Pioneer Counseling Services and Riverside Recovery on or about July 15, 2019.

On December 17, 2018, supervision commenced in this matter. On December 20, 2018, the undersigned officer met with Mr. Bramley at Sun Ray Court treatment facility to complete a supervision intake. The conditions were read to Mr. Bramley and he signed a copy of his judgment indicating an acknowledgment and understanding of the conditions imposed by the Court, to include special condition number 4, noted above.

As noted in the petitions filed on June 4 and 7, 2019, Mr. Bramley is alleged to have failed to appear for multiple random urinalysis tests. As a result, he was placed on the phase drug testing system at Pioneer Counseling Services (PCS) effective June 6, 2019. This requires Mr. Bramley to call the drug testing line daily. If his color is called, he is expected to appear at PCS for a urinalysis that same day.

On July 15, 2019, Mr. Bramley failed to appear for a urinalysis at PCS. In addition, Mr. Bramley was expected to appear at Riverside Recovery for a urinalysis test that same day. Riverside Recovery advised him that they would excuse him that day if he submits to urinalysis testing with PCS. Mr. Bramley told them that he had already submitted to urinalysis testing at PCS that day; therefore, Riverside Recovery excused him. However, Mr. Bramley was being dishonest.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 16, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Rosanna Malouf Peterson

Signature of Judicial Officer

7/16/2019

Date